B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>Southern District of Georgia | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Savannah Outlet Shoppes, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**20-5613341** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**11 Gateway Blvd, South**<br>**Savannah, GA**                    ZIP Code **31419** | Street Address of Joint Debtor (No. and Street, City, and State):                    ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Chatham** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**655 Adirondack Lane**<br>**Claremont, CA**                    ZIP Code **91711** | Mailing Address of Joint Debtor (if different from street address):                    ZIP Code |
| Location of Principal Assets of Business Debtor (if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other _____

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(4/10)   Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Savannah Outlet Shoppes**, LLC |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location Where Filed:   - None - | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: <br> - None - | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____ <br>     Signature of Attorney for Debtor(s)     (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

       _____
       (Name of landlord that obtained judgment)

       _____
       (Address of landlord)

☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐   Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(4/10)      Page 3

| **Voluntary Petition** | Name of Debtor(s): **Savannah Outlet Shoppes, LLC** |
|---|---|

*(This page must be completed and filed in every case)*

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Attorney*

**X  /s/ Karen Fagin White**
Signature of Attorney for Debtor(s)

**Karen Fagin White 754450**
Printed Name of Attorney for Debtor(s)

**Cohen Pollock Merlin & Small, PC**
Firm Name

**3350 Riverwood Parkway**
**Suite 1600**
**Atlanta, GA 30339**
Address

Email: kfwhite@cpmas.com
**770-858-1288  Fax: 770-858-1277**
Telephone Number

**October  4, 2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X  /s/ Giuseppe Fusco**
Signature of Authorized Individual

**Giuseppe Fusco**
Printed Name of Authorized Individual

_____
Title of Authorized Individual

**October  4, 2010**
Date

## CERTIFIED COPY OF RESOLUTIONS
## OF THE MEMBERS OF
## SAVANNAH OUTLET SHOPPES, LLC

I, Giuseppe Fusco, Managing Member of Savannah Outlet Shoppes, LLC (the "Company"), do hereby certify that the following resolutions were duly adopted by the Company at a meeting duly called and held on September 30, 2010, and that such resolutions have not been amended or rescinded and are now in full force and effect:

"RESOLVED, that the filing by the Company of a petition for relief under Chapter 11 of Title 11 of the Bankruptcy Code of Georgia, substantially in the form attached hereto, with such modification as shall be determined to be necessary and proper by the company officer executing same, the signature of such officer to evidence such approval and the approval of the sole member; and further

RESOLVED, that the law firm of Cohen Pollock Merlin & Small, PC is authorized and directed to file on behalf of the Company a petition for relief under Chapter 11 of Title 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Southern District of Georgia; and further

RESOLVED, that the Company, and any officer which it may designate, be and is authorized and directed to retain on behalf of the Company the law firm of Cohen Pollock Merlin & Small, PC to render legal services to, and to represent, the Company in connection with such proceedings and other related matters in connection therewith, on such terms as such officer shall approve; and further

RESOLVED, that the Company, and any officer it may designate, be and hereby is, authorized and directed to take any and all such further action and to execute and deliver any and all such instruments and documents and to pay all fees and expenses as in his/her judgment shall be necessary or desirable, in order to fully carry out the intent and accomplish the purposes of the resolutions adopted herein; and further

RESOLVED, that all acts heretofore lawfully done or actions lawfully taken by the Company in connection with the reorganization of the Company or any matter related thereto, including the previous engagement of the law firm of Cohen Pollock Merlin & Small, PC, or by virtue of these resolutions, are hereby in all respects ratified, confirmed and approved."

WITNESS my hand and seal this 30th day of September, 2010.

_____
Name: Giuseppe Fusco
Title: Managing Member of Savannah Outlet Shoppes, LLC

610113

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Southern District of Georgia

In re  **Savannah Outlet Shoppes, LLC**  
                Debtor(s)

Case No. _____  
Chapter  **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

    Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Chatham Co. Tax Commissioner<br>133 Montgomery St., 1st Floor<br>P.O. Box 9827<br>Savannah, GA 31412 | Chatham Co. Tax Commissioner<br>133 Montgomery St., 1st Floor<br>P.O. Box 9827<br>Savannah, GA 31412 | Property Tax | | 75,164.96 |
| Morris & Templeton Insurance Agency, Inc.<br>P.O. Box 15088<br>Savannah, GA 31416-1788 | Morris & Templeton Insurance Agency, Inc.<br>P.O. Box 15088<br>Savannah, GA 31416-1788 | Trade debt | | 31,642.00 |
| Robert Markowitz Adv.<br>109 E. Montgomery Crossroads<br>Savannah, GA 31406-4732 | Robert Markowitz Adv.<br>109 E. Montgomery Crossroads<br>Savannah, GA 31406-4732 | Trade debt | | 14,975.00 |
| Lamar Companies<br>P.O. Box 96030<br>Baton Rouge, LA 70896 | Lamar Companies<br>P.O. Box 96030<br>Baton Rouge, LA 70896 | Trade debt | | 5,810.00 |
| DSI Security Services<br>P.O. Box 96030<br>Baton Rouge, LA 70896 | DSI Security Services<br>P.O. Box 96030<br>Baton Rouge, LA 70896 | Trade debt | | 2,626.00 |
| Georgia Power<br>96 Annex<br>Atlanta, GA 30396-0001 | Georgia Power<br>96 Annex<br>Atlanta, GA 30396-0001 | Utility Service - multiple accts | | 2,378.60 |
| City of Savannah Rev. Dept.<br>P.O. Box 1968<br>Savannah, GA 31402-1968 | City of Savannah Rev. Dept.<br>P.O. Box 1968<br>Savannah, GA 31402-1968 | Utility Service | | 1,833.48 |
| Mike's Lawn & Landscaping<br>P.O. Box 1652<br>Richmond Hill, GA 31324 | Mike's Lawn & Landscaping<br>P.O. Box 1652<br>Richmond Hill, GA 31324 | Trade debt | | 1,750.00 |
| Lewis Color<br>30 Joe Kennedy Blvd<br>Statesboro, GA 30458 | Lewis Color<br>30 Joe Kennedy Blvd<br>Statesboro, GA 30458 | Trade debt | | 1,259.94 |
| McCallar Law Firm<br>P.O. Box 9026<br>Savannah, GA 31412 | McCallar Law Firm<br>P.O. Box 9026<br>Savannah, GA 31412 | Attorney Fees | | 1,237.50 |
| Atlantic Waste Services<br>125 B Pine Meadow Drive<br>Pooler, GA 31322 | Atlantic Waste Services<br>125 B Pine Meadow Drive<br>Pooler, GA 31322 | Trade debt | | 1,213.46 |

B4 (Official Form 4) (12/07) - Cont.

In re **Savannah Outlet Shoppes, LLC**                                Case No.
                    Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Marlin Outdoor Advertising<br>P.O. Drawer 6567<br>Hilton Head Island, SC 29938 | Marlin Outdoor Advertising<br>P.O. Drawer 6567<br>Hilton Head Island, SC 29938 | Trade debt | | 950.00 |
| Morrison Chemical Co., Inc.<br>990 Industry Dr.<br>Savannah, GA 31415 | Morrison Chemical Co., Inc.<br>990 Industry Dr.<br>Savannah, GA 31415 | Trade debt | | 453.66 |
| AT&T<br>P.O. Box 105262<br>Atlanta, GA 30348-5262 | AT&T<br>P.O. Box 105262<br>Atlanta, GA 30348-5262 | Trade debt | | 272.36 |
| Metal Crafts, Inc.<br>P.O. Box 1665<br>Savannah, GA 31402-1665 | Metal Crafts, Inc.<br>P.O. Box 1665<br>Savannah, GA 31402-1665 | Trade debt | | 260.00 |
| Trugreen<br>P.O. Box 9001501<br>Louisville, KY 40290-1501 | Trugreen<br>P.O. Box 9001501<br>Louisville, KY 40290-1501 | Trade debt | | 235.00 |
| Ziplocal fka Your Community Phonebook<br>File 41248<br>Los Angeles, CA 90074-1248 | Ziplocal fka Your Community Phonebook<br>File 41248<br>Los Angeles, CA 90074-1248 | Trade debt | | 223.16 |
| John Hallman<br>302 South Oak Street<br>Bloomingdale, GA 31302 | John Hallman<br>302 South Oak Street<br>Bloomingdale, GA 31302 | Trade debt | | 220.00 |
| Chatham Co. Tax Commissioner<br>133 Montgomery St., 1st Floor<br>P.O. Box 9827<br>Savannah, GA 31412 | Chatham Co. Tax Commissioner<br>133 Montgomery St., 1st Floor<br>P.O. Box 9827<br>Savannah, GA 31412 | Personal Property Tax | | 161.51 |
| Official Guides of Savannah c/b/a OGS Brochure Dist.<br>P.O. Box 8967<br>Savannah, GA 31412 | Official Guides of Savannah c/b/a OGS Brochure Dist.<br>P.O. Box 8967<br>Savannah, GA 31412 | Trade debt | | 100.00 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the  of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date **October 4, 2010**                Signature **/s/ Giuseppe Fusco**
                                                  **Giuseppe Fusco**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Southern District of Georgia

In re  **Savannah Outlet Shoppes, LLC**                                  Case No.
                                            Debtor(s)                    Chapter       **11**

## CERTIFICATION OF CREDITOR MAILING MATRIX

The purpose of the Certification of Creditor Mailing Matrix form is to certify that the creditor information provided on the diskette (or by ECF submission) matches **exactly** the creditor information provided on the schedules. Accordingly, I hereby certify under penalty of perjury that the master mailing list of creditors submitted on computer diskette or electronically via the CM/ECF system is a true, correct and complete listing to the best of my knowledge and that the names and number of creditors provided on the diskette/ECF submission corresponds exactly to the creditor information listed on the schedules.

I further acknowledge that (1) the accuracy and completeness in preparing the creditor listing are the shared responsibility of the debtor and the debtor's attorney; (2) the court will rely on the creditor listing for all mailings; (3) the various schedules and statements required by the Bankruptcy Rules are not used for mailing purposes; and (4) that debtor, attorney and trustee information is not included on the diskette or electronic submission.

The master mailing list of creditors is submitted via:

☐    computer diskette listing a total of _____ creditors which corresponds exactly to the schedules; or

■    electronic means (ECF) listing a total of   **56**   creditors which corresponds exactly to the schedules.


                                                        **/s/ Giuseppe Fusco**
                                                        **Giuseppe Fusco**
                                                        Debtor


                                                        **/s/ Karen Fagin White**
                                                        **Karen Fagin White 754450**
                                                        Attorney for Debtor(s)

Date:   **October 4, 2010**

*Revised: 10/05*                                                                     EXHIBIT 1

| | | |
|---|---|---|
| SAVANNAH OUTLET SHOPPES, LLC<br>655 ADIRONDACK LANE<br>CLAREMONT CA 91711 | CARTER'S RETAIL, INC.<br>ATTN: ELIZABETH PROTHERO<br>1170 PEACHTREE ST., STE 900<br>ATLANTA GA 30309 | GENERAL NUTRITION CENTERS,IN<br>ATTN: NADINE WILSON<br>300 SIXTH AVE<br>PITTSBURGH PA 15222 |
| KAREN FAGIN WHITE<br>COHEN POLLOCK MERLIN & SMALL, PC<br>3350 RIVERWOOD PARKWAY<br>SUITE 1600<br>ATLANTA, GA 30339 | CHATHAM CO. TAX COMMISSIONER<br>133 MONTGOMERY ST., 1ST FLOOR<br>P.O. BOX 9827<br>SAVANNAH GA 31412 | GEORGIA DEPARTMENT OF REV<br>BANKRUPTCY UNIT<br>P.O. BOX 161108<br>ATLANTA GA 30321 |
| AT&T<br>P.O. BOX 105262<br>ATLANTA GA 30348-5262 | CITY OF SAVANNAH REV. DEPT.<br>P.O. BOX 1968<br>SAVANNAH GA 31402-1968 | GEORGIA POWER<br>96 ANNEX<br>ATLANTA GA 30396-0001 |
| ATLANTIC WASTE SERVICES<br>125 B PINE MEADOW DRIVE<br>POOLER GA 31322 | COASTAL ART & FRAME<br>11 GATEWAY BLVD. SOUTH<br>SUITE 21<br>SAVANNAH GA 31419 | GIUSEPPE FUSCO<br>655 ADIRONDACK LANE<br>CLAREMONT CA 91711 |
| BEALL'S OUTLET<br>ATTN: LYNN ENGLISH<br>P.O. BOX 25207<br>BRADENTON FL 34206-5207 | COASTAL CELEBRATIONS<br>ATTN: AUDREY OVERSTREETQ<br>11 GATEWAY BLVD, SOUTH, STE 5<br>SAVANNAH GA 31419 | HANES BRANDS, INC.<br>ATTN: JOHNNIE LEAKE<br>1000 EAST HANES MILL RD.<br>WINSTON SALEM NC 27105 |
| JOHN W. BENSON, ESQ.<br>SUTHERLAND<br>999 PEACHTREE ST. NE<br>ATLANTA GA 30309-3996 | DRESS BARN<br>ATTN: LEASE ACCTG - DELORES<br>30 DUNNIGAN DR., P.O. BOX 500<br>SUFFERN NY 10901 | INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPE<br>P.O. BOX 21125<br>PHILADELPHIA PA 19114-0326 |
| BK TOY OUTLET<br>10241 WOODRIDGE DR.<br>RANCHO CUCAMONGA CA 91737 | DSI SECURITY SERVICES<br>P.O. BOX 96030<br>BATON ROUGE LA 70896 | JOHN HALLMAN<br>302 SOUTH OAK STREET<br>BLOOMINGDALE GA 31302 |
| BON WORTH, INC.<br>ATTN: MARCIA GEVEDON<br>P.O. BOX 2890<br>COLUMBUS NC 28722 | FACTORY BRAND SHOES<br>ATTN: KATHY FERGUSON<br>8300 MARYLAND AVE<br>SAINT LOUIS MO 63105 | KITCHEN COLLECTION<br>ATTN: RHONDA LEMASTER<br>71 E. WATER ST.<br>CHILLICOTHE OH 45601 |
| BOOK WAREHOUSE<br>135 BRANDYWINE BLVD, STE A<br>FAYETTEVILLE GA 30214 | G.H. BASS<br>ATTN: ANNE BAXTER<br>P.O. BOX 6961<br>BRIDGEWATER NJ 08807-0961 | LAMAR COMPANIES<br>P.O. BOX 96030<br>BATON ROUGE LA 70896 |

| | | |
|---|---|---|
| STEVEN M. LASOTA, ESQ.<br>SUTHERLAND<br>999 PEACHTREE ST. NE<br>ATLANTA GA 30309-3996 | MORRIS & TEMPLETON<br>INSURANCE AGENCY, INC.<br>P.O. BOX 15088<br>SAVANNAH GA 31416-1788 | SAVANNAH COCA COLA<br>BOTTLING CO.<br>P.O. BOX 1110<br>POOLER GA 31322 |
| LEWIS COLOR<br>30 JOE KENNEDY BLVD<br>STATESBORO GA 30458 | MORRISON CHEMICAL CO., INC.<br>990 INDUSTRY DR.<br>SAVANNAH GA 31415 | SAVANNAH FESTIVAL BUS LINELL<br>11 GATEWAY BLVD.<br>SAVANNAH GA 31419 |
| LNR PARTNERS LLC, SVCNG AGT FOR<br>COMM 2006-C8 GATEWAY BLVD LTD<br>1601 WASHINGTON AVE, STE 700<br>MIAMI BEACH FL 33139 | OFFICIAL GUIDES OF SAVANNAH<br>C/B/A OGS BROCHURE DIST.<br>P.O. BOX 8967<br>SAVANNAH GA 31412 | SAVANNAH HARLEY DAVIDSON<br>ATTN: RICK BUCKLEY<br>6 GATEWAY BLVD, WEST<br>SAVANNAH GA 31419 |
| MARLIN OUTDOOR ADVERTISING<br>P.O. DRAWER 6567<br>HILTON HEAD ISLAND SC 29938 | OSH KOSH B'GOSH<br>CARTER'S RETAIL INC.<br>1170 PEACHTREE ST. STE 900<br>ATLANTA GA 30309 | SAVANNAH OUTLET SHOPPES<br>MANAGEMENT COMPANY, LLC<br>655 ADIRONDACK LANE<br>CLAREMONT CA 91711 |
| MAURICES<br>ATTN: DEBBIE SPILETYCZ<br>P.O. BOX 629<br>SUFFERN NY 10901 | PHILLIPS VANHEUSEN<br>ATTN: KEENA LUNDY<br>P.O. BOX 6961<br>BRIDGEWATER NJ 08807-0961 | SPIRIT HALLOWEEN<br>ATTN: ANDY LAVIOLA<br>41 E. WHIPPORWILL<br>RICHMOND HILL GA 31324 |
| MCCALLAR LAW FIRM<br>P.O. BOX 9026<br>SAVANNAH GA 31412 | PRIDE POOLS SPAS & LEISURE<br>ATTN: SHERRY BUCKMAN<br>11 GATEWAY BLVD SOUTH, STE 2<br>SAVANNAH GA 31419 | TOKYO JAPAN RESTAURANT<br>ATTN: HARRY DONG<br>1201 KING GEORGE BLVD #72<br>SAVANNAH GA 31419 |
| METAL CRAFTS, INC.<br>P.O. BOX 1665<br>SAVANNAH GA 31402-1665 | RACK ROOM SHOES<br>ATTN: ROXANNE TUCKER<br>8310 TECHNOLOGY DR.<br>CHARLOTTE NC 28262 | TRUGREEN<br>P.O. BOX 9001501<br>LOUISVILLE KY 40290-1501 |
| MIDLAND LOAN SERVICE, INC.<br>10851 MASTIN BLVD<br>OVERLAND PARK KS 66210 | REEBOK INTERNATIONAL<br>ATTN: HANS WOLF<br>1895 JW FOSTER BLVD<br>CANTON MA 02021 | UNIFORM OUTLET<br>8036 MOORSBRIDGE RD. STE 1<br>PORTAGE MI 49024 |
| MIKE'S LAWN & LANDSCAPING<br>P.O. BOX 1652<br>RICHMOND HILL GA 31324 | ROBERT MARKOWITZ ADV.<br>109 E. MONTGOMERY CROSSROADS<br>SAVANNAH GA 31406-4732 | UPS<br>P.O. BOX 7247-0244<br>PHILADELPHIA PA 19170-0001 |

WELLS FARGO
COMMERCIAL MTG. SERVICES
P.O. BOX 4036
CONCORD CA 94524


ZIPLOCAL FKA YOUR COMMUNITY PHONEBOOK
FILE 41248
LOS ANGELES CA 90074-1248