B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Southern District of Georgia

In re   **Savannah Outlet Shoppes, LLC**                         Case No. _____
                               Debtor(s)                         Chapter   **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Chatham Co. Tax Commissioner<br>133 Montgomery St., 1st Floor<br>P.O. Box 9827<br>Savannah, GA 31412 | Chatham Co. Tax Commissioner<br>133 Montgomery St., 1st Floor<br>P.O. Box 9827<br>Savannah, GA 31412 | Property Tax | | 75,164.96 |
| Morris & Templeton Insurance Agency, Inc.<br>P.O. Box 15088<br>Savannah, GA 31416-1788 | Morris & Templeton Insurance Agency, Inc.<br>P.O. Box 15088<br>Savannah, GA 31416-1788 | Trade debt | | 31,642.00 |
| Robert Markowitz Adv.<br>109 E. Montgomery Crossroads<br>Savannah, GA 31406-4732 | Robert Markowitz Adv.<br>109 E. Montgomery Crossroads<br>Savannah, GA 31406-4732 | Trade debt | | 14,975.00 |
| Lamar Companies<br>P.O. Box 96030<br>Baton Rouge, LA 70896 | Lamar Companies<br>P.O. Box 96030<br>Baton Rouge, LA 70896 | Trade debt | | 5,810.00 |
| DSI Security Services<br>P.O. Box 96030<br>Baton Rouge, LA 70896 | DSI Security Services<br>P.O. Box 96030<br>Baton Rouge, LA 70896 | Trade debt | | 2,626.00 |
| Georgia Power<br>96 Annex<br>Atlanta, GA 30396-0001 | Georgia Power<br>96 Annex<br>Atlanta, GA 30396-0001 | Utility Service - multiple accts | | 2,378.60 |
| City of Savannah Rev. Dept.<br>P.O. Box 1968<br>Savannah, GA 31402-1968 | City of Savannah Rev. Dept.<br>P.O. Box 1968<br>Savannah, GA 31402-1968 | Utility Service | | 1,833.48 |
| Mike's Lawn & Landscaping<br>P.O. Box 1652<br>Richmond Hill, GA 31324 | Mike's Lawn & Landscaping<br>P.O. Box 1652<br>Richmond Hill, GA 31324 | Trade debt | | 1,750.00 |
| Lewis Color<br>30 Joe Kennedy Blvd<br>Statesboro, GA 30458 | Lewis Color<br>30 Joe Kennedy Blvd<br>Statesboro, GA 30458 | Trade debt | | 1,259.94 |
| McCallar Law Firm<br>P.O. Box 9026<br>Savannah, GA 31412 | McCallar Law Firm<br>P.O. Box 9026<br>Savannah, GA 31412 | Attorney Fees | | 1,237.50 |
| Atlantic Waste Services<br>125 B Pine Meadow Drive<br>Pooler, GA 31322 | Atlantic Waste Services<br>125 B Pine Meadow Drive<br>Pooler, GA 31322 | Trade debt | | 1,213.46 |

B4 (Official Form 4) (12/07) - Cont.

In re  Savannah Outlet Shoppes, LLC    Case No. _____
          Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Marlin Outdoor Advertising<br>P.O. Drawer 6567<br>Hilton Head Island, SC 29938 | Marlin Outdoor Advertising<br>P.O. Drawer 6567<br>Hilton Head Island, SC 29938 | Trade debt | | 950.00 |
| Morrison Chemical Co., Inc.<br>990 Industry Dr.<br>Savannah, GA 31415 | Morrison Chemical Co., Inc.<br>990 Industry Dr.<br>Savannah, GA 31415 | Trade debt | | 453.66 |
| AT&T<br>P.O. Box 105262<br>Atlanta, GA 30348-5262 | AT&T<br>P.O. Box 105262<br>Atlanta, GA 30348-5262 | Trade debt | | 272.36 |
| Metal Crafts, Inc.<br>P.O. Box 1665<br>Savannah, GA 31402-1665 | Metal Crafts, Inc.<br>P.O. Box 1665<br>Savannah, GA 31402-1665 | Trade debt | | 260.00 |
| Trugreen<br>P.O. Box 9001501<br>Louisville, KY 40290-1501 | Trugreen<br>P.O. Box 9001501<br>Louisville, KY 40290-1501 | Trade debt | | 235.00 |
| Ziplocal fka Your Community Phonebook<br>File 41248<br>Los Angeles, CA 90074-1248 | Ziplocal fka Your Community Phonebook<br>File 41248<br>Los Angeles, CA 90074-1248 | Trade debt | | 223.16 |
| John Hallman<br>302 South Oak Street<br>Bloomingdale, GA 31302 | John Hallman<br>302 South Oak Street<br>Bloomingdale, GA 31302 | Trade debt | | 220.00 |
| Chatham Co. Tax Commissioner<br>133 Montgomery St., 1st Floor<br>P.O. Box 9827<br>Savannah, GA 31412 | Chatham Co. Tax Commissioner<br>133 Montgomery St., 1st Floor<br>P.O. Box 9827<br>Savannah, GA 31412 | Personal Property Tax | | 161.51 |
| Official Guides of Savannah<br>c/b/a OGS Brochure Dist.<br>P.O. Box 8967<br>Savannah, GA 31412 | Official Guides of Savannah<br>c/b/a OGS Brochure Dist.<br>P.O. Box 8967<br>Savannah, GA 31412 | Trade debt | | 100.00 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the ___ of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  October 4, 2010            Signature  /s/ Giuseppe Fusco
                                            Giuseppe Fusco

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.