IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| SAVANNAH OUTLET SHOPPES, LLC, ) | |
| ) | Case No. 10-42135-LWD |
| Debtor. ) | |
| ) | |
| _____ ) | |

## ORDER OF DISMISSAL

Upon consideration of the motion of Comm 2006-C8 Gateway Boulevard Limited Partnership (the "Movant") to dismiss this case pursuant to section 1112(b) of the Bankruptcy Code (Dkt. 111) (the "Motion"), the record in this case, and the arguments and evidence submitted by counsel at the hearing conducted on July 26, 2011, the Court finds that there is no reasonable likelihood that a plan will be confirmed within a reasonable time, and that there are no circumstances that establish that dismissal of the case is not in the best interests of creditors and the estate; and for cause shown, it is hereby

ORDERED that the Motion is granted and the case is dismissed, effective as of the first date when Movant can conduct a sale under power under Georgia law after due advertisement. Until the effective date of dismissal, the Final Order Authorizing Use of Cash Collateral (Dkt.

66), as extended, shall remain in force. Upon foreclosure, the Debtor shall immediately turn over all Cash Collateral to Movant.

Date: _____

_____
Lamar W. Davis, Jr.
United States Bankruptcy Judge

**Prepared by:**

*s/ Thomas M. Byrne*
Thomas M. Byrne (GSB # 101350)
Sutherland Asbill & Brennan LLP
999 Peachtree Street, NE
Atlanta, Georgia 30309-3996
404.853.8026 (ph)
404.853.8806 (fax)
tom.byrne@sutherland.com

Kathleen Horne (GSB # 367450)
Inglesby, Falligant, Horne, Courington & Chisholm, P.C.
17 West McDonough Street
Savannah, Georgia 31401
912.232.7000 (ph)
912.238.0286 (fax)
khorne@ifhlaw.com

*(Attorneys for Movant Comm 2006-C8 Gateway Boulevard Limited Partnership)*

2

**Copies furnished to:**

Karen Fagin White
Cohen Pollock Merlin & Small, P.C.
3350 Riverwood Parkway
Suite 1600
Atlanta, Georgia 30339
770.858.1288 (ph)
770.857.4813 (fax)
kfwhite@cpmas.com



Mark Bulovic
Bulovic Law Firm, LLC
1020 Bryan Woods Loop, Suite 5
Savannah, Georgia 31410
912.898.5661 (ph)
912.898.5651 (fax)
mark@buloviclaw.com

*(Attorneys for Debtor)*


Office of the United States Trustee
222 West Oglethorpe Avenue
Room 302
Savannah, Georgia 31401
912.652.4112 (ph)
912.652.4123 (fax)
ustp.region21@usdoj.gov

*(Attorneys for United States Trustee)*