UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| IN RE:<br><br>SAVANNAH OUTLET SHOPPES, LLC,<br><br>Debtor. | CHAPTER 11<br><br>CASE NO. 10-42135-LWD |

### ORDER REGARDING JOINT MOTION FOR CONTINUANCE

This matter is before the Court on the Joint Motion for Continuance of hearings on Debtor's Disclosure Statement and COMM 2006-C8 Gateway Boulevard Limited Partnership's Motion to Dismiss Case, filed on September 14, 2011.

The Court has considered the Motion. It appears that the Court has jurisdiction over this matter; that it is a core proceeding; that notice of the Motion has been given the Office of the United States Trustee, and counsel for Debtor's senior lender, Comm 2006 - C8 Gateway Boulevard Limited Partnership, as indicated in the Certificate of Service filed with the Motion (those parties being the only parties who timely filed Objections to Debtor's Disclosure Statement and/or appeared at the originally scheduled hearing on the Motion to Dismiss); that no further notice is necessary; that the relief sought in the Motion is in the best interests of Debtor, its estate, and its creditors; and that good and sufficient cause exists for such relief; it is hereby,

**ORDERED** that the relief requested in the Motion is **GRANTED**; and it is

**FURTHER ORDERED** that the Clerk of the Court shall provide counsel for Debtor with a new date for the hearings continued by virtue of entry of this Order, which date shall not be less than thirty (30) days after September 20, 2011; and it is

**FURTHER ORDERED** that Debtor shall serve Notice of the continued hearing on creditors and other parties in interest in accordance with the requirements of this Court.

**SO ORDERED** this _____ day of September, 2011.

_____
Lamar W. Davis, Jr.
Judge, United States Bankruptcy Court

**Prepared and Presented by:**

By: /s/ Karen Fagin White
    Karen Fagin White
    Georgia Bar No. 754450

    Mark Bulovic
    Georgia Bar No. 094525

**COHEN POLLOCK MERLIN & SMALL, P.C.**
Proposed Co-Counsel to Debtor
3350 Riverwood Parkway
Suite 1600
Atlanta, GA 30339
(770) 858-1288
Fax: (770) 858-1277
kfwhite@cpmas.com
ahumnicky@cpmas.com

**BULOVIC LAW FIRM, LLC**
Proposed Local Co-Counsel to Debtor
1020 Bryan Woods Loop, Suite 5
Savannah, Georgia 31410
(912) 898-5661
Fax: (912) 898-5651
bulovic@comcast.net

#714021v1<iManage> -Proposed Order on Joint Motion for Continuance

## DISTRIBUTION LIST

Karen Fagin White, Esq.
Anna M. Humnicky, Esq.
Cohen Pollock Merlin & Small, P.C.
3350 Riverwood Parkway
Suite 1600
Atlanta, GA 30339

Mark Bulovic, Esq.
Bulovic Law Firm, LLC
Proposed Local Co-Counsel to Debtor
1020 Bryan Woods Loop, Suite 5
Savannah, Georgia 31410

Office of the United States Trustee
222 West Oglethorpe Avenue
Room 302
Savannah, Georgia 31401

Thomas M. Byrne, Esq.
Sutherland, Asbill & Brennan, LLP
999 Peachtree Street, NE
Atlanta, GA 30309-3996

Kathleen Horne, Esq.
Inglesby, Falligant, Horne,
Courington & Chisholm, P.C.
17 West McDonough Street
Savannah, GA 31402