UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

**FILED**
Samuel L. Kay, Clerk
United States Bankruptcy Court
Savannah, Georgia
By lbarnard at 4:03 pm, Sep 16, 2011

IN RE:

SAVANNAH OUTLET SHOPPES, LLC,

Debtor.

CHAPTER 11

CASE NO. 10-42135-LWD

## ORDER REGARDING JOINT MOTION FOR CONTINUANCE

This matter is before the Court on the Joint Motion for Continuance of hearings on Debtor's Disclosure Statement and COMM 2006-C8 Gateway Boulevard Limited Partnership's Motion to Dismiss Case, filed on September 14, 2011.

The Court has considered the Motion. It appears that the Court has jurisdiction over this matter; that it is a core proceeding; that notice of the Motion has been given the Office of the United States Trustee, and counsel for Debtor's senior lender, Comm 2006 - C8 Gateway Boulevard Limited Partnership, as indicated in the Certificate of Service filed with the Motion (those parties being the only parties who timely filed Objections to Debtor's Disclosure Statement and/or appeared at the originally scheduled hearing on the Motion to Dismiss); that no further notice is necessary; that the relief sought in the Motion is in the best interests of Debtor, its estate, and its creditors; and that good and sufficient cause exists for such relief; it is hereby,

**ORDERED** that the relief requested in the Motion is **GRANTED**; and it is

**FURTHER ORDERED** that the Clerk of the Court shall provide counsel for Debtor with a new date for the hearings continued by virtue of entry of this Order, which date shall not be less than thirty (30) days after September 20, 2011; and it is

**FURTHER ORDERED** that Debtor shall serve Notice of the continued hearing on creditors and other parties in interest in accordance with the requirements of this Court.

SO ORDERED this 15th day of September, 2011.

_____
Lamar W. Davis, Jr.
Judge, United States Bankruptcy Court

**Prepared and Presented by:**

By: /s/ Karen Fagin White
    Karen Fagin White
    Georgia Bar No. 754450

    Mark Bulovic
    Georgia Bar No. 094525

**COHEN POLLOCK MERLIN & SMALL, P.C.**
Proposed Co-Counsel to Debtor
3350 Riverwood Parkway
Suite 1600
Atlanta, GA 30339
(770) 858-1288
Fax: (770) 858-1277
kfwhite@cpmas.com
ahumnicky@cpmas.com

**BULOVIC LAW FIRM, LLC**
Proposed Local Co-Counsel to Debtor
1020 Bryan Woods Loop, Suite 5
Savannah, Georgia 31410
(912) 898-5661
Fax: (912) 898-5651
bulovic@comcast.net

#714021v1<iManage> -Proposed Order on Joint Motion for Continuance