# In the United States Bankruptcy Court
For the Southern District of Georgia

| | |
|---|---|
| In the matter of: | ) |
| | ) Chapter 11 |
| Savannah Outlet Shoppes, LLC | ) Case Number 10-42135-LWD |
| | ) Judge: Lamar W. Davis, Jr. |
| Debtor(s) | ) |

## NOTICE OF CONTINUED HEARINGS

Notice is given that a Hearing to consider the matters listed below have been <u>continued</u> to:

**November 15, 2011, at 10:30 AM**
**U.S. Courthouse**
**52 N. Main Street**
**Statesboro, GA**

1. Continued Disclosure Statement by Debtor

2. Continued Objection to Disclosure Statement by United States Trustee,

3. Continued Objection to Disclosure Statement and to Valuation by Comm 2006-C8 Gateway Boulevard Limited Partnership

4. Continued Motion to Dismiss Case by Comm 2006-C8 Gateway Boulevard Limited Partnership

> Samuel L. Kay, Clerk
> United States Bankruptcy Court
> P.O. Box 8347
> Savannah, Georgia 31412

Dated September 20, 2011

B-40 LB